XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DiCARLO
Supervising Deputy Attorney General
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
  2329 Gateway Oaks Drive, Suite 200
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 621-1835
  Fax:  (916) 274-2949
  E-mail:  Emmanuel.Salazar@doj.ca.gov

*Attorneys for State of California*

**FILED**

Feb 20, 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNEOSTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>                              Plaintiffs,<br><br>        **v.**<br><br>KMART CORPORATION,<br><br>                              Defendant. | 2:15-CV-2307 KJM EFB<br><br>**STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION AND SETTLEMENT**<br><br>**FILED UNDER SEAL** |

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL:

1. Pursuant to section 12652(c)(6)(A) of the California Government Code, the State of California hereby gives notice that it is intervening in this action but only with respect to the following allegations: Between January 1, 2010, and December 31, 2015, Kmart knowingly and falsely certified through the electronic claims submission and reimbursement process that (1) drugs, identified with a "*" on the Medi-Cal List of Contract Drugs ("Code 1 drugs"), were prescribed for and dispensed to beneficiaries meeting the Code 1 drug restriction pursuant to Cal. Code Regs., tit. 22, § 51313.3(b); (2) before dispensing Code 1 drugs to Medi-Cal beneficiaries, it properly performed the requisite review pursuant to Cal. Code Regs., tit. 22, § 51313.3(b); and (3) it had properly and accurately documented compliance with California's Code 1 restrictions and documentation requirements pursuant to Cal. Code Regs., tit. 22, §§ 51313.3(b), 51476(a) and 51476(c)(2). The conduct described in this Paragraph shall be referred to herein as the "Covered Conduct."

2. The State of California, the United States, *Qui Tam* Plaintiff, and Defendant Kmart Corporation have agreed in principle to a settlement agreement resolving the Covered Conduct.

3. The State of California declines to intervene with respect to any allegations in relator's Complaint, other than those relating to the Covered Conduct. *See* Cal. Gov't Code § 12652(c)(6)(B).

Dated:  February 20, 2018                Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ Emmanuel R. Salazar
_____
EMMANUEL R. SALAZAR
Deputy Attorney General
*Attorneys for Plaintiff State of California*

**CERTIFICATE OF SERVICE BY MAIL**

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practices at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

**STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION AND SETTLEMENT**

**Via United States Mail**

I am readily familiar with the Office of the Attorney General's practice for causing documents to be served by mail. Following that practice, I caused the aforementioned document(s) to be mailed to the addressee(s) specified below.

Louisa O. Kirakosian
Waters & Kraus, LLP
222 N. Sepulveda Blvd., Suite 1900
El Segundo, CA  90245

Wm. Paul Lawrence II
Waters & Kraus, LLP
37163 Mountville Road
Middleburg, VA 20117

Charles Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Catherine Swann
Assistant U.S. Attorney
United States Attorney's Office
501 I Street # 10-100
Sacramento, CA 95814

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Sacramento, California, on February 20, 2018.

*/s/ Sharon Brecht*
_____
**Sharon Brecht**