| | |
|---|---|
| 1  MCGREGOR W. SCOTT<br>United States Attorney<br>2  CATHERINE J. SWANN<br>Assistant United States Attorney<br>3  501 I Street, 10th Floor<br>Sacramento, California 95814<br>4  Telephone: (916) 554-2762<br>Facsimile: (916) 554-2900<br>5<br>6  Attorneys for the United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATES OF ARKANSAS, CALIFORNIA, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON and WISCONSIN *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendants. | CASE NO: 2:15-CV-2307 KJM EFB<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Upon consideration of the Joint Stipulation of Dismissal filed by the United States, California and Relator, Loyd F. Schmuckley, Jr., (Relator), it is hereby ORDERED that:

1) All claims asserted in this action are dismissed with prejudice as to Relator;

2) All claims asserted in this action for the Covered Conduct as that term is defined in the Settlement Agreement between the United States, California, Relator, and defendant Kmart Corporation, are dismissed with prejudice as to the United States and California.

///

ORDER ON STIPULATION OF DISMISSAL

1

3) All other claims asserted in this action are dismissed without prejudice as to the United States and California.

IT IS SO ORDERED.

DATE: March 13, 2018.



UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION OF DISMISSAL

2

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 8, 2018, she served a copy of:

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**

by sending via electronic mail to the following individual(s) at the noted email address(es).

**Addressee(s):**

Wm. Paul Lawrence II
WATERS & KRAUS
plawrence@waterskraus.com
37163 Mountville Road
Middleburg, VA  20117

Emmanuel Salazar
Emmanuel.Salazar@doj.ca.gov
Bureau of Medi-Cal Fraud and Elder Abuse
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252

                                              */s/Kimberly Siegfried*
                                              KIMBERLY SIEGFRIED
                                              Legal Assistant