1  XAVIER BECERRA
   Attorney General of California
2  GERALD A. ENGLER
   Chief Assistant Attorney General
3  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
4  VINCENT DICARLO
   Supervising Deputy Attorney General
5  EMMANUEL R. SALAZAR, State Bar No. 240794
   Deputy Attorney General
6   2329 Gateway Oaks Drive, Suite 200
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 621-1835
8   Fax: (916) 274-2949
    E-mail: Emmanuel.Salazar@doj.ca.gov

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendant. | 2:15-CV-2307 KJM EFB<br><br>**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ARKANSAS, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, AND WISCONSIN** |

1

ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ARKANSAS, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, AND WISCONSIN

Upon consideration of the Stipulation of Dismissal Without Prejudice as to Arkansas, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Tennessee, Texas, Virginia, Washington and Wisconsin, filed jointly by the above-mentioned states, United States, California, and relator Loyd F. Schmuckley, Jr., it is hereby ORDERED that all claims asserted in this action are dismissed without prejudice as to the States of Arkansas, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Tennessee, Texas, Virginia, Washington and Wisconsin.

IT IS SO ORDERED.

DATE: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE